```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRANADA TRADE CO.,                              :
                                                :
                        Plaintiff,              :         08 Civ. 3989 (PKC)
                                                :
        - against -                             :         ECF CASE
                                                :
BEIJING SEALUCKLY SHIPPING INTERNATIONAL        :
CO. LIMITED a/k/a BEIJING SEALUCKY SHIPPING     :
INTERNATIONAL CO. LTD.,                         :
                                                :
                        Defendant.              :
------------------------------------------------------------X
```

### AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                      )  ss: SOUTHPORT
County of Fairfield   )

Nancy R. Peterson, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

2. I submit this Affidavit in further support of Plaintiff's application for an Ex Parte Order of Maritime Attachment

3. Defendant has posted $75,000 in security solely with regard to the Chinese Injunction proceedings. However, Plaintiff cannot enforce the London arbitration award against any security posted in the Chinese Injunction proceeding. Thus, Plaintiff's request for security for the amounts to be awarded in the London arbitration has not and should not be reduced by this amount.

–1–

Dated:   April 29, 2008
         Southport, CT

_____
Nancy R. Peterson

Sworn and subscribed to before me
this 29th day of April, 2008.

_Mary E. Hebrchak_
NOTARY PUBLIC

Commission Expires Nov 2011