| | | |
|---|---|---|
| **Lennon, Murphy & Lennon, LLC** | The GrayBar Building<br>420 Lexington Ave., Suite 300<br>New York, NY 10170<br>phone (212) 490-6050<br>fax (212) 490-6070<br>www.lenmur.com | Tide Mill Landing<br>2425 Post Rd, Suite 302<br>Southport, CT 06890<br>phone (203) 256-8600<br>fax (203) 256-8615<br>mail@lenmur.com |

ATTORNEYS AT LAW

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #: _____**
**DATE FILED: 6/9/08**

# MEMO ENDORSED

June 5, 2008

*Initial conference adjourned from June 13 to October 17, 2008 at 10:30am. If no assets are attached by then, the Court anticipates a voluntary dismissal. SO ORDERED.*

/s/ PKC
6-9-08

<u>*Via Facsimile (212) 805-7949*</u>
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1581

Re:  **Granada Trade Co. v. Beijing Sealuckly Shipping International Co. Limited**
Docket #: 08-3989 (PKC)
Our Ref: 08-1423

Dear Judge Castel:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for next Friday, June 13, 2008 at 2:30 p.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On April 30, 2008 an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York. The Defendant has not appeared and, despite daily service of the Writ of Attachment on the garnishee banks, none of Defendant's property has been restrained in the district.

As Defendant has not appeared and no property has been attached, we respectfully request a ninety (90) day adjournment of the pre-trial conference during which time we will continue to serve the Writ of Attachment seeking secure Plaintiff's claim and to obtain jurisdiction over the Defendant.

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Nancy R. Peterson (Siegel)

Patrick F. Lennon   Charles E. Murphy   Kevin J. Lennon   Nancy R. Siegel   Anne C. LeVasseur   Coleen A. McEvoy